NOT FOR PUBLICATION  IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30138
03-NOV-2010
09:18 AM

NO. 30138

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOHN C. VEIKOSO, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 09-1-0194)

ORDER WITHDRAWING MEMORANDUM OPINION
(By:  Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

The Memorandum Opinion filed on October 28, 2010, is hereby withdrawn and a new Memorandum Opinion shall be filed. The Clerk of the Court is directed to remove the Memorandum Opinion filed on October 28, 2010, from the electronic record.

DATED:  Honolulu, Hawai'i, November 3, 2010.


Presiding Judge

Associate Judge

Associate Judge